■ In the Matter of THEODORE TEAH et al., Respondents, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and ISMAEL BETANCOURT, JR., Appellant. — Judgment, Supreme Court, Bronx County (Kent, J.), entered on August 25, 1981, unanimously affirmed, without costs and without disbursements. Motion by respondent to

dismiss appeal denied. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.